**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0313 MAG |
| Plaintiff, | **ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE** |
| v. | |
| MICHAEL ALLEN CAMPBELL, | |
| Defendant. | |

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 15TH of September be continued until 13th of October, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 11, 2005

MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE